IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT HARLEY MCCRAY, #422744 | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv1157 |
| BRAD LIVINGSTON, ET AL. | § | |

ORDER OF PARTIAL DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge (Dkt. #42), which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that Plaintiff's motion to voluntarily dismiss Defendant Robert Scott (Dkt. #38) is **GRANTED** and the claims against Defendant Robert Scott are **DISMISSED** with prejudice. Fed. R. Civ. P. 41(a)(2).

So **ORDERED** and **SIGNED** this **1** day of **May, 2017.**

_____
Ron Clark, United States District Judge