IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROBERT HARLEY MCCRAY, #422744 | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv1157 |
| BRAD LIVINGSTON, ET AL. | § | |

FINAL JUDGMENT

The court having considered Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that Plaintiff take nothing by his suit and that the complaint is **DISMISSED** with prejudice.

**So Ordered and Signed**
**Nov 14, 2018**

_____
Ron Clark, Senior District Judge